UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HOWARD COHAN,                                           CASE NO.:  19-6331

     Plaintiff,

vs.                                                     INJUNCTIVE RELIEF SOUGHT


VH LISLE, LLC,                                          Judge Robert M. Dow, Jr.
*d/b/a* HYATT LISLE

     Defendant,
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO VACATE ALL DEADLINES

Plaintiff respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter.  Counsel for the parties are in the process of preparing and finalizing settlement terms and an agreement, and ultimately will file a stipulated dismissal with the Court. The parties intend to file a stipulated dismissal as soon as practicable, but respectfully request that the parties be given 30 days to file said dismissal.  Accordingly, the parties respectfully request that the Court vacate all deadlines set previously.


Jointly submitted this 6th day of April 2021.


By:  /s/ Robert M. Kaplan            By:  /s/ Zubair A. Khan
     Counsel for Plaintiff                    Counsel for Defendant
     Law Offices of Robert M. Kaplan P.C.     Trivedi & Khan, PC
     1535 W. Schaumburg Rd. Ste 204           300 N. Martingale Road, Ste. 725
     Schaumburg, IL 60194-4042                Schaumburg, IL  60173
     847-845-9477                             224-353-6346

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 6, 2021, he caused the foregoing **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

Z:\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.96.19LIT1282. .Hyatt Regency Lisle\Notice of Settlement. 04 06 21.docx