UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HOWARD COHAN,                                  CASE NO.: 19-6331

     Plaintiff,

vs.                                                  INJUNCTIVE RELIEF SOUGHT

VH LISLE, LLC,                          JUDGE ROBERT M. DOW, JR.
*d/b/a* HYATT LISLE

     Defendant,
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, **Howard Cohan** ("Plaintiff") and Defendant, VH Lisle, LLC, d/b/a Hyatt Lisle, ("Defendant") (Plaintiff and Defendant are collectively referred to as "the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice.

Jointly submitted this 6th day of August, 2021.

[remainder of page intentionally left blank]

Respectfully submitted,

By: /s/ Robert M. Kaplan
   Counsel for Plaintiff
   Law Offices of Robert M. Kaplan P.C.
   1535 W. Schaumburg Rd. Ste 204
   Schaumburg, IL 60194-4042
   847-845-9477
   rmkap@robertkaplanlaw.com

By: /s/ Zubair A. Khan
   Counsel for Defendant
   Trivedi & Khan, PC
   300 N. Martingale Rd, Ste. 725
   Schaumburg, IL 60173
   224-353-6346
   zubair@trifvedikhan.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 6, 2021, he caused the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

                                                           /s/ Robert M. Kaplan

Z:\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.96.19LIT1282. .Hyatt Regency Lisle\Jt Stipulation of Dismissal. 08 02 21.docx